UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
REID JR., JACK J.                   §      Case No. 10-10257
                                    §
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]               $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/N. Neville Reid_____
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-10257 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | N. Neville Reid |
| Case Name: | REID JR., JACK J. | | | Date Filed (f) or Converted (c): | 03/10/10 (f) |
| | | | | 341(a) Meeting Date: | 06/08/11 |
| For Period Ending: | 10/16/12 | | | Claims Bar Date: | 09/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | 100.00 | 0.00 | | 0.00 | FA |
| Checking account held by Austin Bank | | | | | |
| 2. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| Miscellaneous depreciated household goods and furnishings | | | | | |
| 3. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| Necessary wearing apparel and shoes | | | | | |
| 4. Vehicles | 200.00 | 0.00 | | 0.00 | FA |
| 1993 Chevrolet Astro Van with 200k miles | | | | | |
| 5. Class Action Claim (u) | 0.00 | 0.00 | | 18,000.00 | FA |
| 6. TAX REFUND (u) | 0.00 | 7,000.00 | | 7,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.36 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,000.00 | $7,000.00 | | $25,000.36 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9-17-12 Prepreing TFR

8-20-12 Received U.S. Treasury Tax Retund Check 3158 38238012 in the amount of $7,000

6-7-12  We cut $9k to Debtor from the $18k.

Lois determined that there's a $7000 federal tax refund due, so we cannot close the case until that comes in.

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                              Ver: 17.00b

Case 10-10257   Doc 51   Filed 10/16/12   Entered 10/16/12 17:55:30   Desc Main
Document      Page 4 of 11

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-10257    PSH    Judge: PAMELA S. HOLLIS | Trustee Name:    N. Neville Reid |
| Case Name: | REID JR., JACK J. | Date Filed (f) or Converted (c):    03/10/10 (f) |
| | | 341(a) Meeting Date:    06/08/11 |
| | | Claims Bar Date:    09/12/11 |

March 7, 2012: Springer investigating.

1/30/12: Negotiating settlement of debtor's share of class action proceeds through special counsel.

Initial Projected Date of Final Report (TFR): 06/30/12    Current Projected Date of Final Report (TFR): 12/30/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-10257 -PSH | | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|
| Case Name: | REID JR., JACK J. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3455 Checking Account |
| Taxpayer ID No: | *******6490 | | | |
| For Period Ending: | 10/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 15,773.36 | | 15,773.36 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 15,773.36 | 0.00 | 15,773.36 |
| Less: Bank Transfers/CD's | 15,773.36 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals  15,773.36  0.00

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-10257 -PSH | | Trustee Name: | N. Neville Reid |
| Case Name: | REID JR., JACK J. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3606 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6490 | | | |
| For Period Ending: | 10/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/08/12 | 5 | County of Cook<br>Chicago, Illinois | Settlement of class action proceeds<br>Reduced deposit of $18,000 by $9,000 for debtor exemption. | 1121-000 | 18,000.00 | | 18,000.00 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 18,000.10 |
| 06/08/12 | 000301 | Jack J. Reid, Jr. | Claimed Exemption [DKT 48] | 8100-000 | | 9,000.00 | 9,000.10 |
| 06/12/12 | 000302 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | Tax payment owed<br>Tax year ending 5/2012 | 2820-000 | | 227.00 | 8,773.10 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 8,773.20 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 8,773.28 |
| 08/20/12 | 6 | United States Treasury | Tax Refund | 1224-000 | 7,000.00 | | 15,773.28 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 15,773.36 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 15,773.36 | 0.00 |

Page Subtotals  25,000.36   25,000.36

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 17.00b

FORM 2

Page: 3

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-10257 -PSH | | Trustee Name: | N. Neville Reid |
| --- | --- | --- | --- | --- |
| Case Name: | REID JR., JACK J. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3606  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6490 | | | |
| For Period Ending: | 10/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 25,000.36 | 25,000.36 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 15,773.36 | |
| | | | Subtotal | | 25,000.36 | 9,227.00 | |
| | | | Less: Payments to Debtors | | | 9,000.00 | |
| | | | Net | | 25,000.36 | 227.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******3455 | 0.00 | 0.00 | 15,773.36 |
| Money Market Account (Interest Earn - *******3606 | 25,000.36 | 227.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 25,000.36 | 227.00 | 15,773.36 |
| | =============== | =============== | =============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 16, 2012 |

Case Number:   10-10257                              Claim Class Sequence
Debtor Name:   REID JR., JACK J.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3210-00 | Thomas E. Springer<br>Springer, Brown, Covey, Gaertner & Davis<br>Wheaton Executive Center<br>400 S. County Farm Road, Suite 330<br>Wheaton, IL  60187 | Administrative | | $5,795.00 | $0.00 | $5,795.00 |
| 999<br>2990-00 | Lois West<br>Popowcer Katten, Ltd.<br>35 E. Wacker Drive, Suite 1550<br>Chicago, IL  60601 | Administrative | | $897.00 | $0.00 | $897.00 |
| 000001<br>070<br>7100-90 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $1,500.39 | $0.00 | $1,500.39 |
| 000002<br>070<br>7100-00 | Steven G. Gertler & Associates<br>Suite 402<br>415 North LaSalle Drive<br>Chicago, IL 60654 | Unsecured | | $9,516.53 | $0.00 | $9,516.53 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $388.34 | $0.00 | $388.34 |
| | Case Totals: | | | $18,097.26 | $0.00 | $18,097.26 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-10257
Case Name: REID JR., JACK J.
Trustee Name: N. Neville Reid

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid | $ | $ | $ |
| Attorney for Trustee Fees: Thomas E. Springer | $ | $ | $ |
| Other: Lois West | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Management, Inc. | $ | $ | $ |
| 000002 | Steven G. Gertler & Associates | $ | $ | $ |
| 000003 | American InfoSource LP as agent for | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE