UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 10-10257 |
| REID JR., JACK J., | ) | |
| | ) | Hon. Pamela S. Hollis |
| Debtor. | ) | |
| | ) | Hearing Date: November 15, 2012 |
| | ) | Hearing Time: 10:30 a.m. |

**NOTICE OF FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR POPOWCER KATTEN, LTD. FOR THE PERIOD OF JUNE 2, 2012 THROUGH JUNE 5, 2012**

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the **November 15, 2012 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Pamela S. Hollis, or any judge sitting in her stead, in Courtroom 644, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Final Application for Allowance of Compensation and for Reimbursement of Expenses as Counsel to the Trustee for the Period of June 2, 2012 through June 5, 2012**, at which time and place you may appear as you see fit.

Dated: October 16, 2012

                                                                       **N. NEVILLE REID**, not individually, but solely in his capacity as the Chapter 7 Trustee for the Bankruptcy Estate of Jack J. Reid, Jr.

                                                                       */s/ N. Neville Reid*
                                                                       N. Neville Reid

N. Neville Reid (ARDC #6195837)
Elizabeth Peterson (ARDC #6294546)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph: 312.224.1200
Fx: 312.224.1201

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on October 16, 2012, I caused a copy of the foregoing **Notice of Final Application for Allowance of Compensation and for Reimbursement of Expenses as Counsel to the Trustee** to be filed electronically, with a copy of same being served upon the parties listed on the attached Service List by the Court's ECF filing system or by postage prepaid first-class U.S. Mail, as indicated.

Dated: October 16, 2012                     */s/ N. Neville Reid*
                                            N. Neville Reid

## SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Timothy K. Liou on behalf of Debtor Jack Reid
tl@filenow.com,
sv@filenow.com,kg@filenow.com,cm@filenow.com,mr@filenow.com,an@filenow.com,sw@filenow.com,qiongliulegal@gmail.com

Daniel M Moulton on behalf of Debtor Jack Reid
rachelrock@sbcglobal.net


**Parties to receive notice via postage-prepaid first class U.S. mail:**

American Family Insurance
Suite 400
20 North Martingale Road
Schaumburg, IL 60173-2412

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Aspire
Payment Processing Center
Box 23007
Columbus, GA 31902-3007

Bank Of America
Box 1598
Norfolk, VA 23501

Blatt, Hasenmiller, Leibsker & Moore LLC
Box 5463
Chicago, IL 60680-5463

Debt Recovery Solution
900 Merchants Concourse
Westbury, NY 11590

Felixberto Fufufan
2228 North Melvina Avenue
Chicago, IL 60639

Harvard Collection
4839 N Elton
Chicago, IL 60630

Il Dept Of Healthcare
509 South 6th Street
Springfield, IL 62701

Jermaine Reid
C/O IL. Department Of Healthcare
509 South 6th Street
Springfield, IL 62701

Law Office Of Mark D. Howard
134 North LaSalle Street
Chicago, IL 60602

Law Office Of Timothy K Liou
Suite 361 575 West Madison Street
Chicago, IL 60661-2614

Michael Olvera
C/O Steven D. Gertler
415 North LaSalle Drive, Suite 402
Chicago, IL 60610

Midland Credit Management
8875 Aero Drive
San Diego, CA 92123

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123

Reid Jack J Jr
4820 West Arthington Street
Chicago, IL 60644-5205

Secretary Of State
Safety And Financial Resposibility Sec.

2701 South Dirksen Parkway
Springfield, IL 62723

State Farm Mutual Auto Insurance, Co.
One State Farm Plaza
Bloomington, IL 61710-0001

Steven G. Gertler & Associates
Suite 402
415 North LaSalle Drive
Chicago, IL 60654

Superior Mgt
P.O. Box
Fort Walton Be, FL 32549

T-Mobile
Box 742596
Cincinnati, OH 45274-2596

Thd/cbsd
Ccs Gray Ops Center
Sioux Falls, SD 57117

Verlinda Rodgers
C/O IL. Department Of Healthcare
509 South 6th Street
Springfield, IL 62701

Daniel M Moulton
Law Offices of Daniel Moulton
10249 S Western Avenue
Chicago, IL 60643

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: JACK J. REID, JR.   )   CHAPTER 7
                           )
                           )   Case No. 10-10257
        Debtor             )
                           )   HON. PAMELA S. HOLLIS
                           )

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:   POPOWCER KATTEN, LTD.

Authorized to Provide
Professional Services to:   N. NEVILLE REID, TRUSTEE

Date of Order authorizing Employment:   JANUARY 26, 2012

Period for Which
Compensation is Sought:   From June 2, 2012 through June 5, 2012

Amount of Fees Sought:   $897.00

Amount of Expense Reimbursement Sought:   $0.00

This is an:   Interim Application_____   Final Application   X

Previous applications / allowances of this applicant:

Fees Sought:  NONE                Fees Allowed:  NONE
Costs Sought: NONE                Costs Allowed: NONE

                                  Applicant:

Date: September 13, 2012          By: _Lois West_

                                  Lois West, CPA
                                  Certifying Professional

                                  POPOWCER KATTEN, LTD.
                                  35 E. Wacker Drive, Suite 1550
                                  Chicago, IL 60601-2124

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE:  JACK J. REID, JR. ) | CASE NO. 10-10257 |
| ) | |
| ) | CHAPTER 7 CASE |
| ) | |
| ) | JUDGE PAMELA S. HOLLIS |
| DEBTOR ) | |

TO: THE HONORABLE PAMELA S. HOLLIS
    BANKRUPTCY JUDGE

### APPLICATION OF TRUSTEE'S ACCOUNTANT
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Popowcer Katten, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed on March 10, 2010 and this Court on January 26, 2012 authorized the employment of the firm of Popowcer Katten, Ltd. to serve as accountant for the trustee.

2. Applicant requests $897.00 in compensation for 3.9 hours of services performed and reimbursement of actual expenses in the amount of $0.00 for the period June 2, 2012 through June 5, 2012.

3. A description of the nature of the services rendered by the Applicant are as follows:

    Accounting and tax services including preparation of the federal and state fiduciary income tax returns for the period ended May 31, 2012 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

Tax Services:

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| L. West | 3.9 | $230 | $ 897.00 |
| Total | 3.9 | | $ 897.00 |

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $ 897.00 for the accounting services rendered in this case and reimbursement of expenses of $0.00 incurred.

DATE: September 13, 2012                RESPECTFULLY SUBMITTED,

*Lois West* (signature)

Lois West
Certifying Professional
35 E. Wacker Drive
Chicago, IL 60601-2124

Invoice No. 25838



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Jack J. Reid, Jr. (10-10257)
- Fox, Swibel, Levin & Carroll LLP
- c/o N. Neville Reid, Trustee
- 200 W. Madison Street, Suite 3000
- Chicago, IL 60606

**Date:** September 12, 2012     **Account No.:** REI1014L

For Professional Services Rendered:

For accounting and tax services rendered for the period June 2, 2012 through June 5, 2012 including preparation of the federal and state fiduciary income tax returns for the period ended May 31, 2012, including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue requesting an expedited audit in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|         | Title                 | Hours | Rate   | Amount   |
|---------|-----------------------|-------|--------|----------|
| L. West | Bankruptcy Specialist | 3.9   | $230.  | $ 897.00 |
|         | Total due:            | 3.9   |        | $ 897.00 |

EXHIBIT A

## ESTATE OF JACK J. REID JR. (10-10257)

### Time Sort by Date

**ACCOUNTING & TAX SERVICES**

| Date | Description | Hours | Name | Rate | Amount |
|---|---|---|---|---|---|
| 6/2/2012 | Tax Return Preparation - Prepare federal and state fiduciary returns for year ended 5/31/12. Report settlement proceeds received from litigation. Reflect amount of tax withheld on form 1041 to request refund. Calculate state income tax due. Prepare transmittal letters, 505(b) letters and form 8821 and IL-2848. Make manual changes as required. | 3.6 | L. West | 230.00 | 828.00 |
| 6/5/2012 | Tax Review - Final review - check assembly and sign returns for 5/31/12 - forms 1041/1040 and IL-1041/IL-1040 (final period). | 0.3 | L. West | 230.00 | 69.00 |
| | Total | 3.9 | | | 897.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 10-10257
Jack J. Reid, Jr., )
) Chapter: 7
) Honorable Pamela S. Hollis
)
Debtor(s) )

### ORDER AUTHORIZING TRUSTEE TO RETAIN ACCOUNTANTS

THIS CAUSE coming to be heard on the application of N. Neville Reid, Trustee, to employ accountants, due notice having been given and the Court being otherwise fully advised in the premises, it is hereby;

ORDERED that the Trustee is authorized to employ Lois West and Popowcer Katten, Ltd. as his accountant in this Bankruptcy Estate, with compensation for said accountants to be determined by the Court upon further application and Order on Notice by the Trustee.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: January 26, 2012

Prepared by:

Thomas E. Springer
SPRINGER, BROWN, COVEY, GAERTNER &
DAVIS, LLC
Wheaton Executive Center
400 S. County Farm Road, Ste. 330
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com