UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 10-10257 |
| REID JR., JACK J., ) | |
| ) | Hon. Pamela S. Hollis |
| Debtor. ) | |
| ) | Hearing Date: November 15, 2012 |
| ) | Hearing Time: 10:30 a.m. |

**NOTICE OF FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SPRINGER, BROWN COVEY, GAERTNER & DAVIS, LLC FOR THE PERIOD OF MAY 13, 2011 THROUGH AUGUST 31, 2012**

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the **November 15, 2012 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Pamela S. Hollis, or any judge sitting in her stead, in Courtroom 644, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Final Application for Allowance of Compensation and for Reimbursement of Expenses as Counsel to the Trustee for the Period of May 13, 2011 through August 31, 2012**, at which time and place you may appear as you see fit.

Dated: October 16, 2012

**N. NEVILLE REID, not individually, but solely in his capacity as the Chapter 7 Trustee for the Bankruptcy Estate of Jack J. Reid, Jr.**

*/s/ N. Neville Reid*
N. Neville Reid

N. Neville Reid (ARDC #6195837)
Elizabeth Peterson (ARDC #6294546)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph: 312.224.1200
Fx: 312.224.1201

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on October 16, 2012, I caused a copy of the foregoing **Notice of Final Application for Allowance of Compensation and for Reimbursement of Expenses as Counsel to the Trustee** to be filed electronically, with a copy of same being served upon the parties listed on the attached Service List by the Court's ECF filing system or by postage prepaid first-class U.S. Mail, as indicated.

Dated: October 16, 2012             /s/ N. Neville Reid
                                    N. Neville Reid

## SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Timothy K. Liou on behalf of Debtor Jack Reid
tl@filenow.com,
sv@filenow.com,kg@filenow.com,cm@filenow.com,mr@filenow.com,an@filenow.com,sw@filenow.com,qiongliulegal@gmail.com

Daniel M Moulton on behalf of Debtor Jack Reid
rachelrock@sbcglobal.net


**Parties to receive notice via postage-prepaid first class U.S. mail:**

American Family Insurance
Suite 400
20 North Martingale Road
Schaumburg, IL 60173-2412

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Aspire
Payment Processing Center
Box 23007
Columbus, GA 31902-3007

Bank Of America
Box 1598
Norfolk, VA 23501

Blatt, Hasenmiller, Leibsker & Moore LLC
Box 5463
Chicago, IL 60680-5463

Debt Recovery Solution
900 Merchants Concourse
Westbury, NY 11590

Felixberto Fufufan
2228 North Melvina Avenue
Chicago, IL 60639

Harvard Collection
4839 N Elton
Chicago, IL 60630

Il Dept Of Healthcare
509 South 6th Street
Springfield, IL 62701

Jermaine Reid
C/O IL. Department Of Healthcare
509 South 6th Street
Springfield, IL 62701

Law Office Of Mark D. Howard
134 North LaSalle Street
Chicago, IL 60602

Law Office Of Timothy K Liou
Suite 361 575 West Madison Street
Chicago, IL 60661-2614

Michael Olvera
C/O Steven D. Gertler
415 North LaSalle Drive, Suite 402
Chicago, IL 60610

Midland Credit Management
8875 Aero Drive
San Diego, CA 92123

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123

Reid Jack J Jr
4820 West Arthington Street
Chicago, IL 60644-5205

Secretary Of State
Safety And Financial Resposibility Sec.
2701 South Dirksen Parkway
Springfield, IL 62723

State Farm Mutual Auto Insurance, Co.
One State Farm Plaza
Bloomington, IL 61710-0001

Steven G. Gertler & Associates
Suite 402
415 North LaSalle Drive
Chicago, IL 60654

Superior Mgt
P.O. Box
Fort Walton Be, FL 32549

T-Mobile
Box 742596
Cincinnati, OH 45274-2596

Thd/cbsd
Ccs Gray Ops Center
Sioux Falls, SD 57117

Verlinda Rodgers
C/O IL. Department Of Healthcare
509 South 6th Street
Springfield, IL 62701

Daniel M Moulton
Law Offices of Daniel Moulton
10249 S Western Avenue
Chicago, IL 60643

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JACK J. REID, JR., | ) | Case No. 10-10257 |
| | ) | |
| | ) | Judge Pamela S. Hollis |
| Debtor | ) | |

## FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE

### Cover Sheet for Application for Professional Compensation

Name of Applicant(s):    Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC

Authorized to Provide Professional Services to:    N. Neville Reid, Trustee of the Estate of Jack J. Reid, Jr., Chapter 7 Bankruptcy No. 10-10257.

Date of Order Authorizing Employment:    **May 24, 2011**

Period for which Compensation is Sought:    **May 13, 2011 through August 31, 2012**

Amount of Fees Sought:    **$ 5,795.00**

Amount of Expense Reimbursement Sought:    **$   0.00**

This is an:    Interim Application ___    Final Application  **X**

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is:$____-0-____.

**In re:  Jack J. Reid, Jr.**

**Chapter 7 No. 10-10257**
**Cover Sheet for Application for Professional Compensation by Trustee's General Counsel**
**(PAGE TWO of TWO)**

Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee:

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| Thomas E. Springer, Attorney | $350.00 | 15.7 | $ 5,495.00 |
| Joshua D. Greene | $300.00 | 1.0 | $ 300.00 |
| | TOTALS | 16.7 | $5,795.00 |

**A Summary and Total of Fee Application Categories is Attached hereto.**

DATE: Aug 31, 2012

Respectfully Submitted,
APPLICANT for
N. Neville Reid, Trustee

BY: Springer, Brown, Covey, Gaertner & Davis, LLC


By:    /s/ Thomas E. Springer
       Thomas E. Springer
       One of His Attorneys


Thomas E. Springer
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JACK J. REID, JR., | ) | Case No. 10-10257 |
| | ) | |
| | ) | Judge Pamela S. Hollis |
| Debtor | ) | |

### FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE

**NOW COMES** Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, N. Neville Reid, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

## I. INTRODUCTION

This Application encompasses the time period from May 13, 2011 through preparation of Applicant's current Final Fee Application, August 31, 2012. The Application represents 16.7 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $5,795.00 and $0.00 for actual and necessary unreimbursed expenses.

The Debtor initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on March 10, 2010 and N. Neville Reid was appointed as the Chapter 7 Trustee herein. On May 24, 2011, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel. The hourly rates of Applicant is competitive with the rates charged in this market by professionals with similar skills and

experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II. CASE STATUS and NARRATIVE OF LEGAL SERVICES

The administration of the underlying asset and the eventual availability of estate funds for distribution by the Trustee was the result of review and analysis of position by the numerous parties involved. The Debtor filed his Chapter 7 proceeding on March 10, 2010. The Trustee duly conducted the §341 meeting of creditors and based on the filed schedules and sworn testimony of the Debtor, entered a finding of No Assets with the Court immediately thereafter.

Debtor received a Discharge on June 30, 2010. However, through subsequent counsel for the Debtor, the Debtor brought a motion before the court seeking to re-open the closed chapter 7 case in order to allow the filing of an amended schedule B and C. Debtor's originally filed schedules did not include or disclose the existence of a lawsuit pending before the United States District Court for the Northern District of Illinois in which Debtor was named as a class representative (*Quentin Bullock and Jack Reid, individually and on behalf of a class v. Michael Sheahan, Sheriff of Cook County, in his official capacity and Cook County*. Case no 04C1051). Upon entry of the Order allowing same by this Court, Debtor amended schedules B and C to include, disclose and exempt the above lawsuit.

The entirety of Applicant's legal time expended as Counsel to the Trustee therefore directly relates to the analysis, valuation, and propriety of the underlying lawsuit as an asset of the Estate and the attending validity of Debtor's claimed exemption. All the time referenced in the attached exhibit and specific time breakdown relates to and falls under the umbrella of Applicants efforts in advising the Trustee in this regard.

After the Trustee conducted a re-hearing of the Debtor's §341 meeting, with the assistance and participation of Applicant as Trustee's counsel, the Trustee and Applicant were

able to properly assess and clarify the Estates right, title and interest in the pending cause of action and, more importantly, the actual potential and realistic value for estate administration purposes. Additionally, Trustee and Applicant analyzed the issues attending potential discharge objection, asset administration upon amended disclosure, and exemption objection potential.

Applicant then expended a great deal of time monitoring status of the pending District Court case and discussing the Trustee's interests and practical assessment of the case with the multiple parties involved including debtor's bankruptcy counsel and class counsel in the District Court action, State's Attorney's office for Cook County, and Trustee's accountant for proper analysis of the taxable consequence of the lawsuit *vis a vis* the bankruptcy estate's tax liability, if any.

The end result of these concerted efforts eventually led to the Motion to Approve the Compromise of Controversy, Turnover of funds, and Allowance of the agreed upon and amended exemption claim by the Debtor which allowed reasonable and meaningful distribution to the Estate and to the Debtor through the claimed exemption. The motion was granted by this Court on April 5, 2012.

All estate property funds were turned over, received and deposited by the Trustee and Applicant coordinated with Trustee's accountant to confirm the filing of the required tax return and receipt of the applicable refund thereto. Applicant herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate.

Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as Exhibit "A" and the necessary unbilled expenses are attached hereto as Exhibit "B".

**WHEREFORE**, Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $5,795.00 and expenses in the amount of $0.00 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment as set forth herein for any such other and further relief as this Court deems just and equitable.

DATE: August 31, 2012

Respectfully Submitted,
APPLICANT for
N. Neville Reid, Trustee

BY: Springer, Brown, Covey, Gaertner & Davis, LLC

By: /s/ Thomas E. Springer
    Thomas E. Springer
    One of His Attorneys

Thomas E. Springer
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com