# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
REID JR., JACK J. § Case No. 10-10257
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk for the U.S. Bankruptcy
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/15/2012 in Courtroom 644,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/16/2012         By: N. Neville Reid
                                              Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| REID JR., JACK J. | § | Case No. 10-10257 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 25,000.36 |
| and approved disbursements of | $ | 9,227.00 |
| leaving a balance on hand of[1] | $ | 15,773.36 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: N. Neville Reid | $ 2,350.04 | $ 0.00 | $ 2,350.04 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 5,795.00 | $ 0.00 | $ 5,795.00 |
| Other: Lois West | $ 897.00 | $ 0.00 | $ 897.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 9,042.04 |
| Remaining Balance | | $ | 6,731.32 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,405.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 59.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Management, Inc. | $ 1,500.39 | $ 0.00 | $ 885.52 |
| 000002 | Steven G. Gertler & Associates | $ 9,516.53 | $ 0.00 | $ 5,616.60 |
| 000003 | American InfoSource LP as agent for | $ 388.34 | $ 0.00 | $ 229.20 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,731.32 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/N. Neville Reid
                      Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                             Case No. 10-10257-PSH
Jack J. Reid                                                       Chapter 7
      Debtor                     CERTIFICATE OF NOTICE

District/off: 0752-1         User: dross              Page 1 of 3              Date Rcvd: Oct 17, 2012
                             Form ID: pdf006          Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2012.
db             Jack J. Reid, Jr.,    4820 West Arthington Street,    Chicago, IL 60644-5205
aty           +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
               Wheaton, IL 60187-4547
15235149      +American Family Insurance,    Suite 400,   20 North Martingale Road,    Schaumburg, IL 60173-2422
15235150       Aspire,   Payment Processing Center,   Box 23007,    Columbus, GA 31902-3007
15235152       Blatt, Hasenmiller, Leibsker & Moore LLC,    Box 5463,    Chicago, IL 60680-5463
15235153      +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5121
15235154      +Felixberto Fufufan,    2228 North Melvina Avenue,    Chicago, IL 60639-2655
15235156      +Il Dept Of Healthcare,    509 South 6th Street,    Springfield, IL 62701-1825
15235157      +Jermaine Reid,   C/O IL. Department Of Healthcare,     509 South 6th Street,
               Springfield, IL 62701-1825
15235158      +Law Office Of Mark D. Howard,    134 North LaSalle Street,    Chicago, IL 60602-1154
15235148       Law Office Of Timothy K Liou,    Suite 361 575 West Madison Street,    Chicago, IL 60661-2614
15235159      +Michael Olvera,   C/O Steven D. Gertler,    415 North LaSalle Drive, Suite 402,
               Chicago, IL 60654-2742
15235147       Reid Jack J Jr,   4820 West Arthington Street,     Chicago, IL 60644-5205
15235161      +Secretary Of State,    Safety And Financial Resposibility Sec.,    2701 South Dirksen Parkway,
               Springfield, IL 62723-1000
15235163      +Steven G. Gertler & Associates,    Suite 402,   415 North LaSalle Drive,    Chicago, IL 60654-2742
15235164       Superior Mgt,   P.o. Box,    Fort Walton Be, FL 32549
15235165       T-Mobile,   Box 742596,    Cincinnati, OH 45274-2596
15235166       Thd/cbsd,   Ccs Gray Ops Center,   Sioux Falls, SD 57117
15235167      +Verlinda Rodgers,   C/O IL. Department Of Healthcare,     509 South 6th Street,
               Springfield, IL 62701-1825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17686639       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2012 01:53:48
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK 73124-8848
15235155      +E-mail/Text: bkynotice@harvardcollect.com Oct 18 2012 01:45:17      Harvard Collection,
               4839 N Elton,   Chicago, IL 60630-2589
15235160      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 18 2012 01:41:47      Midland Credit Management,
               8875 Aero Drive,   San Diego, CA 92123-2255
17412665      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 18 2012 01:41:47      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
15235162       E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Oct 18 2012 02:52:35
               State Farm Mutual Auto Insurance, Co.,    One State Farm Plaza,    Bloomington, IL 61710-0001
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Thomas E. Springer
15235151     ##+Bank Of America,   Box 1598,   Norfolk, VA 23501-1598
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: dross              Page 2 of 3            Date Rcvd: Oct 17, 2012
                              Form ID: pdf006          Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2012**                       **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: dross              Page 3 of 3              Date Rcvd: Oct 17, 2012
                              Form ID: pdf006          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2012 at the address(es) listed below:

              Daniel M Moulton    on behalf of Debtor Jack Reid rachelrock@sbcglobal.net
              N. Neville Reid    nreid@fslc.com,   nreid@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
              Thomas E Springer    on behalf of Trustee N. Reid tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
              Timothy K. Liou    on behalf of Debtor Jack Reid tl@filenow.com,   sv@filenow.com,kg@filenow.com,
               cm@filenow.com,mr@filenow.com,an@filenow.com,sw@filenow.com,qiongliulegal@gmail.com
                                                                                             TOTAL: 6