# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| REID JR., JACK J. | § | Case No. 10-10257 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 1,000.00
*(Without deducting any secured claims)*

Assets Exempt: 0.00

Total Distributions to Claimants:  5,831.32

Claims Discharged
Without Payment:  42,340.22

Total Expenses of Administration:  10,169.04

3) Total gross receipts of $ 25,000.36  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 9,000.00  (see **Exhibit 2**), yielded net receipts of $ 16,000.36  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,169.04 | 10,169.04 | 10,169.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 9,366.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 27,400.28 | 11,405.26 | 11,405.26 | 5,831.32 |
| **TOTAL DISBURSEMENTS** | $ 36,766.28 | $ 21,574.30 | $ 21,574.30 | $ 16,000.36 |

4) This case was originally filed under chapter 7 on  03/10/2010 .  The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/22/2013                    By:/s/N. Neville Reid
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Class Action Claim (u) | 1121-000 | 18,000.00 |
| TAX REFUND | 1224-000 | 7,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.36 |
| TOTAL GROSS RECEIPTS | | $25,000.36 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jack  J. Reid, Jr. | Exemptions | 8100-000 | 9,000.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 9,000.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID AS TRUSTEE | 2100-000 | NA | 3,250.04 | 3,250.04 | 3,250.04 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 227.00 | 227.00 | 227.00 |
| LOIS WEST | 2990-000 | NA | 897.00 | 897.00 | 897.00 |
| THOMAS E. SPRINGER | 3210-000 | NA | 5,795.00 | 5,795.00 | 5,795.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,169.04 | $ 10,169.04 | $ 10,169.04 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Verlinda Rodgers C/O IL. Department Of Healthcare 509 South 6th Street Springfield, IL  62701 | | 9,366.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 9,366.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Box 1598 Norfolk, VA  23501 | | 9,413.00 | NA | NA | 0.00 |
| | Felixberto Fufufan 2228 North Melvina Avenue Chicago, IL 60639 | | 2,088.43 | NA | NA | 0.00 |
| | Harvard Collection 4839 N Elton Chicago, IL  60630 | | 164.00 | NA | NA | 0.00 |
| | Michael Olvera C/O Steven D. Gertler 415 North LaSalle Drive, Suite 402 Chicago, IL 60610 | | 8,617.51 | NA | NA | 0.00 |
| | Midland Credit Management 8875 Aero Drive San Diego, CA  92123 | | 1,500.00 | NA | NA | 0.00 |
| | Superior Mgt P.o. Box Fort Walton Be, FL  32549 | | 788.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | T-Mobile Box 742596 Cincinnati, OH  45274-2596 | | 788.34 | NA | NA | 0.00 |
| | Thd/cbsd Ccs Gray Ops Center Sioux Falls, SD  57117 | | 4,041.00 | NA | NA | 0.00 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 388.34 | 388.34 | 198.56 |
| 000002 | STEVEN G. GERTLER & ASSOCIATES | 7100-000 | NA | 9,516.53 | 9,516.53 | 4,865.64 |
| 000001 | MIDLAND CREDIT MANAGEMENT, INC. | 7100-900 | NA | 1,500.39 | 1,500.39 | 767.12 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 27,400.28 | $ 11,405.26 | $ 11,405.26 | $ 5,831.32 |

Page: 1
Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:     10-10257   PSH   Judge: PAMELA S. HOLLIS
Case Name:   REID JR., JACK J.

For Period Ending:  01/22/13

Trustee Name:                     N. Neville Reid
Date Filed (f) or Converted (c):  03/10/10 (f)
341(a) Meeting Date:              06/08/11
Claims Bar Date:                  09/12/11

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Financial Accounts | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Household Goods | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Vehicles | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Class Action Claim (u) | 0.00 | 0.00 | | 18,000.00 | FA | 0.00 | 0.00 |
| 6. TAX REFUND (u) | 0.00 | 7,000.00 | | 7,000.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.36 | FA | 0.00 | 0.00 |

TOTALS (Excluding Unknown Values)    $1,000.00    $7,000.00    $25,000.36

Gross Value of Remaining Assets
$0.00    $0.00    $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9-17-12 Preprring TFR

8-20-12 Received U.S. Treasury Tax Refund Check 3158 38238012 in the amount of $7,000

6-7-12  We cut $9k to Debtor from the $18k.

Lois determined that there's a $7000 federal tax refund due, so we cannot close the case until that comes in.

March 7, 2012: Springer investigating

1/30/12: Negotiating settlement of debtor's share of class action proceeds through special counsel.

RE PROP# 1—Checking account held by Austin Bank

LFORM1EX

UST Form 101-7-TDR (5/1/2011) (Page: 7)

Ver: 17.01

Page    2
Exhibit 8

Ver. 17.01

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No | 10-10257    PSH    Judge: PAMELA S. HOLLIS |
| Case Name: | REID JR, JACK J |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Date Filed (f) or Converted (c): | 03/10/10 (f) |
| 341(a) Meeting Date: | 06/08/11 |
| Claims Bar Date: | 09/12/11 |

RE PROP# 2---Miscellaneous depreciated household goods and furnishings
RE PROP# 3---Necessary wearing apparel and shoes
RE PROP# 4---1993 Chevrolet Astro Van with 200k miles

Initial Projected Date of Final Report (TFR): 06/30/12     Current Projected Date of Final Report (TFR): 12/30/12

LFORM1EX
UST Form 101-7-TDR (5/1/2011) (Page: 8)

Page: 1
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-10257 -PSH |
| Case Name: | REID JR., JACK J. |
| Taxpayer ID No. | *******6490 |
| For Period Ending | 01/22/13 |

| Trustee Name: | N. Neville Reid |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3455  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 15,773.36 | | 15,773.36 |
| 11/19/12 | 300001 | N. Neville Reid as Trustee 200 West Madison Street CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | 2100-000 | | 3,250.04 | 12,523.32 |
| 11/19/12 | 300002 | Thomas E. Springer Springer, Brown, Covey, Gaertner & Davis Wheaton Executive Center 400 S. County Farm Road, Suite 330 Wheaton, IL. 60187 | Attorneys' Fees and Expenses | 3210-000 | | 5,795.00 | 6,728.32 |
| 11/19/12 | 300003 | Lois West Popowcer Katten, Ltd. 35 E. Wacker Drive, Suite 1550 Chicago, IL. 60601 | Other Chapter 7 Administrative | 2990-000 | | 897.00 | 5,831.32 |
| 11/19/12 | 300004 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Claim 000001, Payment 51 12804% | 7100-900 | | 767.12 | 5,064.20 |
| 11/19/12 | 300005 | Steven G. Gertler & Associates Suite 402 415 North LaSalle Drive Chicago, IL 60654 | Claim 000002, Payment 51 12830% (2-1) Property Damage and Personal Injury | 7100-000 | | 4,865.64 | 198.56 |
| 11/19/12 | 300006 | American InfoSource LP as agent for | Claim 000003, Payment 51 13045% | 7100-000 | | 198.56 | 0.00 |
| | | | Page Subtotals | | 15,773.36 | 15,773.36 | |

LF0RM24  UST Form 101-7-TDR (5/1/2011) (Page: 9)

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

| Case No: | 10-10257 -PSH |
| Case Name: | REID JR., JACK J. |
| Taxpayer ID No. | *******6490 |
| For Period Ending: | 01/22/13 |

| Trustee Name: | N. Neville Reid |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3455  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | | | | 0.00 | |

| | | | COLUMN TOTALS | | 15,773.36 | 15,773.36 | |
| | | | Less: Bank Transfers/CD's | | 15,773.36 | 0.00 | |
| | | | Subtotal | | 0.00 | 15,773.36 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 0.00 | 15,773.36 | |

| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 17.01

Page:    3

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          10-10257 -PSH
Case Name:        REID JR, JACK J.

Taxpayer ID No:   *******6690
For Period Ending: 01/22/13

Trustee Name:     N. Neville Reid
Bank Name:        BANK OF AMERICA, N.A.
Account Number / CD #:  ******3606  Money Market Account (Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/08/12 | 5 | County of Cook Chicago, Illinois | Settlement of class action proceeds Reduced deposit of $18,000 by $9,000 for debtor exemption. | 1121-000 | 18,000.00 | | 18,000.00 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 18,000.10 |
| 06/08/12 | 000301 | Jack J. Reid, Jr. | Claimed Exemption [DKT 48] | 8100-000 | | 9,000.00 | 9,000.10 |
| 06/12/12 | 000302 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | Tax payment owed Tax year ending 5/2012 | 2820-000 | | 227.00 | 8,773.10 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 8,773.20 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 8,773.28 |
| 08/20/12 | 6 | United States Treasury | Tax Refund | 1224-000 | 7,000.00 | | 15,773.28 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 15,773.36 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 15,773.36 | 0.00 |
| | | | Page Subtotals | | 25,000.36 | 25,000.36 | |

LFORM24   UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 17.01

Page: 4

Exhibit 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-10257 -PSH |
| Case Name: | REID JR., JACK J. |
| Taxpayer ID No. | *******6490 |
| For Period Ending: | 01/22/13 |

| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3606  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 25,000.36 | 25,000.36 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 15,773.36 | |
| | | | Subtotal | | 25,000.36 | 9,227.00 | |
| | | | Less: Payments to Debtors | | | 9,000.00 | |
| | | | Net | | 25,000.36 | 227.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******3455 | 0.00 | 15,773.36 | 0.00 |
| Money Market Account (Interest Earn - *******3606 | 25,000.36 | 227.00 | 0.00 |
| | 25,000.36 | 16,000.36 | |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | | 0.00 |

| Page Subtotals | 0.00 | 0.00 |
|---|---|---|

UST Form 101-7-TDR (5/1/2011) (Page: 12)

LFORM24

Ver 17.01



*110199993*
06/13/2012
618261196 9

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*68385959*
*1*
*1488*
*00001-00977*

Claimed Exemption

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

BANK OF AMERICA, N.A.

CHECK NUMBER
301

32-1/1110 TX
0

DATE
06/08/12

AMOUNT
*******9,000.00

2572308
PAY TO THE ORDER OF
Jack J. Reid, Jr.

CASE NUMBER          ESTATE OF
10-10257    PSH    Debtor: REID JR., JACK J.

Nine Thousand Dollars And 00/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈"000301⑈" ⑆:111000012⑈: 4438263606⑈"

⑈"000301⑈" 4⑆:111000012⑈: ⑈"4438263606⑈" ⑈"0000900000⑈"



↓Do not endorse or write below this line↓



*110199993*
06/19/2012
6992154126

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*75505962*
*1.*
*2331*
*00002-00771*

Tax payment owed

BANK OF AMERICA, N.A.    CHECK NUMBER

N. Neville Reid
200 West Madison Street
Chicago, IL 60606                                    302

                                DATE            AMOUNT
                            06/12/12    ********227.00

2572309

PAY TO THE ORDER OF

Illinois Department of Revenue
P.O. Box 19053
Springfield, IL 62794-9053

CASE NUMBER            ESTATE OF
10-10257    PSH    Debtor: REID JR., JACK J.

Two Hundred Twenty Seven Dollars And 00/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000302⑈ ⑆111000012⑆ 443826360⑈

⑈000302⑈ ⑆111000012⑆          ⑈443826360⑈ ⑈000002270⑈



GUARANTEED ENDORSEMENT

PAY TO THE ORDER OF
FIFTH THIRD BANK
FOR DEPOSIT ONLY
<723623024A>
IL STATE TREASURER
2370530405

↓Do not endorse or write below this line↓














N. Neville Reid
200 West Madison Street
Chicago, IL 60606

Chapter 7 Compensation/Expense

CHECK NUMBER 300001

| DATE | AMOUNT |
| --- | --- |
| 11/19/12 | $*******3,250.04 |

| CASE NUMBER | ESTATE OF |
| --- | --- |
| 10-10257 PSH | Debtor: REID JR., JACK J. |

PAY TO THE ORDER OF

N. Neville Reid as Trustee
200 West Madison Street
CHICAGO, IL 60606

Three Thousand Two Hundred Fifty Dollars And 04/100

THIS CHECK VOID AFTER 90 DAYS

⑈300001⑈ ⑆075900575⑆ 2223273455⑈

Credited to Acct 199355795196
Return Acct 199355795196

ENDORSE HERE

---

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

Attorneys' Fees and Expenses

CHECK NUMBER 300002

| DATE | AMOUNT |
| --- | --- |
| 11/19/12 | $*******5,795.00 |

| CASE NUMBER | ESTATE OF |
| --- | --- |
| 10-10257 PSH | Debtor: REID JR., JACK J. |

PAY TO THE ORDER OF

Thomas E. Springer
Springer, Brown, Covey, Gaertner & Davis
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL 60187

Five Thousand Seven Hundred Ninety Five Dollars And 00/100

THIS CHECK VOID AFTER 90 DAYS

⑈300002⑈ ⑆075900575⑆ 2223273455⑈

SBT 071924513
Wheaton
1131553987 2012-11-30

ENDORSE HERE
CREDITED TO THE ACCOUNT OF THE WITHIN NAMED PAYEE
SUBURBAN BANK & TRUST CO.

---

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

Other Chapter 7 Administrative

CHECK NUMBER 300003

| DATE | AMOUNT |
| --- | --- |
| 11/19/12 | $*********897.00 |

| CASE NUMBER | ESTATE OF |
| --- | --- |
| 10-10257 PSH | Debtor: REID JR., JACK J. |

PAY TO THE ORDER OF

Lois West
Popowcer Katten, Ltd.
35 E. Wacker Drive, Suite 1550
Chicago, IL 60601

Eight Hundred Ninety Seven Dollars And 00/100

THIS CHECK VOID AFTER 90 DAYS

⑈300003⑈ ⑆075900575⑆ 2223273455⑈

ENDORSE HERE
PAY TO THE ORDER OF
BANK OF AMERICA
FOR DEPOSIT ONLY
POPOWCER KATTEN LTD.

---

3024

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

Claim 000002, Payment 51.12830%
(2-1) Property Damage and Personal Injury

CHECK NUMBER 300005

| DATE | AMOUNT |
| --- | --- |
| 11/19/12 | $*******4,865.64 |

| CASE NUMBER | ESTATE OF |
| --- | --- |
| 10-10257 PSH | Debtor: REID JR., JACK J. |

PAY TO THE ORDER OF

Steven G. Gertler & Associates
Suite 402
415 North LaSalle Drive
Chicago, IL 60654

Four Thousand Eight Hundred Sixty Five Dollars And 64/100

THIS CHECK VOID AFTER 90 DAYS

⑈300005⑈ ⑆075900575⑆ 2223273455⑈

ENDORSE HERE
PAY TO THE ORDER OF
CITIBANK, N.A.
CHICAGO, ILLINOIS 60610
FOR DEPOSIT ONLY



N. Neville Reid
200 West Madison Street
Chicago, IL 60606

Claim 000002, Payment $1,13043%

**CHECK NUMBER**
**300006**

| DATE | AMOUNT |
|------|--------|
| 11/19/13 | $**********198.56 |

**PAY TO THE ORDER OF**

| CASE NUMBER | | ESTATE OF |
|-------------|------|-----------|
| 10-10257 | PSH | Debtor: REID JR., JACK J. |

Americus InfoSource LP as agent for
Y Standard Columbia USA Inc
PO Box 248418
Oklahoma City, OK 73124-8418

*One Hundred Ninety-Eight Dollars And 56/100*

THIS CHECK VOID AFTER 90 DAYS

⑆300006⑆ ⑆075900575⑆ 222327345⑈

