UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
REID JR., JACK J.                   §   Case No. 10-10257
                                    §
                                    §
          Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:


Total Expenses of Administration:

---

  3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/N. Neville Reid_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jack J. Reid, Jr. |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID AS TRUSTEE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| LOIS WEST | | | | | |
| THOMAS E. SPRINGER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Verlinda Rodgers C/O IL. Department Of Healthcare 509 South 6th Street Springfield, IL  62701 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Box 1598 Norfolk, VA 23501 | | | | | |
| | Felixberto Fufufan 2228 North Melvina Avenue Chicago, IL 60639 | | | | | |
| | Harvard Collection 4839 N Elton Chicago, IL 60630 | | | | | |
| | Michael Olvera C/O Steven D. Gertler 415 North LaSalle Drive, Suite 402 Chicago, IL 60610 | | | | | |
| | Midland Credit Management 8875 Aero Drive San Diego, CA 92123 | | | | | |
| | Superior Mgt P.o. Box Fort Walton Be, FL 32549 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | T-Mobile Box 742596 Cincinnati, OH 45274-2596 | | | | | |
| | Thd/cbsd Ccs Gray Ops Center Sioux Falls, SD 57117 | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | STEVEN G. GERTLER & ASSOCIATES | | | | | |
| 000001 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-10257 PSH Judge: PAMELA S. HOLLIS | Trustee Name: N. Neville Reid |
| Case Name: | REID JR., JACK J. | Date Filed (f) or Converted (c): 03/10/10 (f) |
| | | 341(a) Meeting Date: 06/08/11 |
| For Period Ending: | 03/31/13 | Claims Bar Date: 09/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | 100.00 | 0.00 | | 0.00 | FA |
| Checking account held by Austin Bank | | | | | |
| 2. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| Miscellaneous depreciated household goods and furnishings | | | | | |
| 3. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| Necessary wearing apparel and shoes | | | | | |
| 4. Vehicles | 200.00 | 0.00 | | 0.00 | FA |
| 1993 Chevrolet Astro Van with 200k miles | | | | | |
| 5. Class Action Claim (u) | 0.00 | 0.00 | | 18,000.00 | FA |
| 6. TAX REFUND (u) | 0.00 | 7,000.00 | | 7,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.36 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,000.00 | $7,000.00 | | $25,000.36 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9-17-12 Prepreing TFR

8-20-12 Received U.S. Treasury Tax Retund Check 3158 38238012 in the amount of $7,000

6-7-12 We cut $9k to Debtor from the $18k.

Lois determined that there's a $7000 federal tax refund due, so we cannot close the case until that comes in.

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 17.01

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-10257   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: N. Neville Reid |
| Case Name: | REID JR., JACK J. | Date Filed (f) or Converted (c): 03/10/10 (f) |
| | | 341(a) Meeting Date: 06/08/11 |
| | | Claims Bar Date: 09/12/11 |

March 7, 2012: Springer investigating.

1/30/12: Negotiating settlement of debtor's share of class action proceeds through special counsel.

Initial Projected Date of Final Report (TFR): 06/30/12    Current Projected Date of Final Report (TFR): 12/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-10257 -PSH | | Trustee Name: | N. Neville Reid |
| --- | --- | --- | --- | --- |
| Case Name: | REID JR., JACK J. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3455 Checking Account |
| Taxpayer ID No: | *******6490 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 15,773.36 | | 15,773.36 |
| 11/19/12 | 300001 | N. Neville Reid as Trustee<br>200 West Madison Street<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | 2100-000 | | 3,250.04 | 12,523.32 |
| 11/19/12 | 300002 | Thomas E. Springer<br>Springer, Brown, Covey, Gaertner & Davis<br>Wheaton Executive Center<br>400 S. County Farm Road, Suite 330<br>Wheaton, IL 60187 | Attorneys' Fees and Expenses | 3210-000 | | 5,795.00 | 6,728.32 |
| 11/19/12 | 300003 | Lois West<br>Popowcer Katten, Ltd.<br>35 E. Wacker Drive, Suite 1550<br>Chicago, IL 60601 | Other Chapter 7 Administrative | 2990-000 | | 897.00 | 5,831.32 |
| 11/19/12 | 300004 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Claim 000001, Payment 51.12804% | 7100-900 | | 767.12 | 5,064.20 |
| 11/19/12 | 300005 | Steven G. Gertler & Associates<br>Suite 402<br>415 North LaSalle Drive<br>Chicago, IL 60654 | Claim 000002, Payment 51.12830%<br>(2-1) Property Damage and Personal Injury | 7100-000 | | 4,865.64 | 198.56 |
| 11/19/12 | 300006 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Claim 000003, Payment 51.13045% | 7100-000 | | 198.56 | 0.00 |

Page Subtotals    15,773.36    15,773.36

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-10257 -PSH | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | REID JR., JACK J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3455 Checking Account |
| Taxpayer ID No: | *******6490 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 15,773.36 | 15,773.36 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 15,773.36 | 0.00 | |
| | | | Subtotal | | 0.00 | 15,773.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 15,773.36 | |

Page Subtotals     0.00     0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-10257 -PSH | | Trustee Name: | N. Neville Reid |
| Case Name: | REID JR., JACK J. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3606 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6490 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/08/12 | 5 | County of Cook Chicago, Illinois | Settlement of class action proceeds Reduced deposit of $18,000 by $9,000 for debtor exemption. | 1121-000 | 18,000.00 | | 18,000.00 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 18,000.10 |
| 06/08/12 | 000301 | Jack J. Reid, Jr. | Claimed Exemption  [DKT 48] | 8100-000 | | 9,000.00 | 9,000.10 |
| 06/12/12 | 000302 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | Tax payment owed Tax year ending 5/2012 | 2820-000 | | 227.00 | 8,773.10 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 8,773.20 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,773.28 |
| 08/20/12 | 6 | United States Treasury | Tax Refund | 1224-000 | 7,000.00 | | 15,773.28 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 15,773.36 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 15,773.36 | 0.00 |

|  | COLUMN TOTALS | 25,000.36 | 25,000.36 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 15,773.36 | |
|  | Subtotal | 25,000.36 | 9,227.00 | |
|  | Less:  Payments to Debtors | | 9,000.00 | |
|  | Net | 25,000.36 | 227.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********3455 | 0.00 | 15,773.36 | 0.00 |
| Money Market Account (Interest Earn - ********3606 | 25,000.36 | 227.00 | 0.00 |
| | 25,000.36 | 16,000.36 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   25,000.36   25,000.36

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-10257 -PSH | | Trustee Name: | N. Neville Reid |
| Case Name: | REID JR., JACK J. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3606  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6490 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********3455

Money Market Account (Interest Earn - ********3606

| | | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*